UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

ELOY VARGAS,

                         Plaintiff,

          -against-

BEN'S PIZZA INC. d/b/a BEN'S PIZZERIA and
RAJA LIAQAT ALI,

                     Defendants.

------------------------------------------------------------------------ X

**No. 25 Civ. 6534 (JPO)**

**JUDGMENT**

**WHEREAS,** an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff Eloy Vargas ("Plaintiff") on January 27, 2026; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff and against Defendants Ben's Pizza Inc d/b/a Ben's Pizzria and Raja Liaqat Ali, jointly and severally, in the amount of $25,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

Dated: New York, New York
        January 27, 2026

So ordered.

The Clerk of Court is directed to
close the case.

Date: January 30, 2026

                                   _____
                                      J. PAUL OETKEN
                              United States District Judge